UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ITERABLE, INC., Plaintiff, v. FLEX MARKETING GROUP, LLC, Defendant. | Case No. 3:25-cv-06342-LB<br><br>**MOTION TO SUBSTITUTE LAW FIRM; ORDER** |
|---|---|

On behalf of (party name) Iterable, Inc., the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Lindsay Enriquez Catt (SBN 326228) Holland & Knight LLP

Name(s) of counsel withdrawing from representation and firm name:
Alexander V. Hettena, Esq., The Hettena Law Firm, LC

Date: August 29, 2025

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: September 4, 2025

UNITED STATES MAGISTRATE JUDGE